IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRITTANY GRIMSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-12-RRA-2364-S |
| | ) | |
| CITY OF CLAY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This case comes before the court on the motion to dismiss filed by the City of Clay, Alabama.  (Doc. 5.)  On February 6, 2013, the magistrate recommended that the motion be DENIED.  No objections to the recommendation have been filed.

Having carefully reviewed *de novo* all of the information in the court file, including the report and recommendation, the court ACCEPTS and ADOPTS the magistrate judge's recommendation as the opinion of the court.  The motion is DENIED.

DONE and ORDERED this 22nd day of April, 2013.

*[signature: Robert B. Propst]*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**